

FILED

11/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0426

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0426

FILED

NOV 04 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

IN THE MATTER OF THE
CONSERVATORSHIP OF:

G.R.R.,

A Protected Person.

Representing himself, Jack L. Robinson, Appellant herein, was initially due to file his opening brief on September 24, 2020. On September 25, 2020, this Court entered an order rejecting Appellant's brief for numerous deficiencies, such as failure to include a statement of issues; tables of cases, statutes, and other authorities; table of contents; statement of case; references to the record; and improperly spaced text. On October 5, 2020, Appellant filed a second brief, which this Court also rejected for numerous deficiencies. Many of the same deficiencies were noted again, in addition to Appellant failing to remove the Protected Person's name and replace the name with initials. On October 16, 2020, Appellant filed his third Opening Brief, which this Court again rejected for many of the same deficiencies. In this last order, entered October 19, 2020, the Court ordered that "given this is the third deficiency order, failure to revise this deficient brief in accordance with these rules may result in summary dismissal . . . ."

On October 30, 2020, Appellant filed his Fourth Opening Brief. There are again numerous deficiencies, the Protected Person is identified by his name, and Appellant has failed to correct deficiencies noted in prior orders.

Therefore,

IT IS ORDERED that Appellant's appeal DISMISSED.

The Clerk of Court is directed to provide a copy of this Order to counsel of record, and to Jack L. Robinson.

DATED this 4th day of November, 2020.

_____

_____

_____

_____

_____
Justices